JAKE DEWILDE
PO BOX 267
WAPITI, WY 82450





7020 3160 0000 2693 1345

FIRST-CLASS

02 7H
00013487
MAILED FF

U.S. DISTRICT COURT CLERK'S OFFICE
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601