Jake DeWilde
PO Box 267
Wapiti, WY 82450

U.S. District Court Clerk's Office
111 S. Wolcott, Room 121
Casper, WY 82601

CERTIFIED MAIL
7020 3160 0000 2693 1468



FIRST-CLASS