AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-00003-SWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 FEB 13  AM 11:29
MARGARET BOTKINS, CLERK
CASPER

This summons for *(name of individual and title, if any)* Steven Dettelbach, Director of the BATFE
was received by me on *(date)* 1/30/2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service pursuant to Fed. R. Civ. P. 4(i); Service on Director of the Bureau of Alcohol,
Tobacco, Firearms, and Explosives; Receipt attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/30/2023

*Server's signature*

Jake DeWilde, Plaintiff
*Printed name and title*

PO Box 267
Wapiti, WY 82450

*Server's address*

Additional information regarding attempted service, etc:

2/10/23, 10:21 AM

USPS Tracking Intranet

# Product Tracking & Reporting

Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 7020 3160 0000 2693 1420

This item was delivered on 01/30/2023 at 04:51:00

< Return to Tracking Number View

| Signature | X *[signature: Ellis J. Williamson]* |
|---|---|
| | **Signature** *[signature]* |
| | **Printed Name** EDDIE L. WILLIAMSON |
| Address | **Delivery Address** ATF 20226 |

UNITED STATES POSTAL SERVICE ®   Help   February 10, 2023

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1675075860000&signatureLabelId=5215062D807507469778&label=70203160000026931...   1/2