JAKE DEWILDE
PO BOX 267
WAPITI, WY 82450

CERTIFIED MAIL
7020 3160 0000 2693 4384

RDC 23

82601

U.S. POSTAGE PAID
FCM LG ENV
CODY, WY
82414
FEB 10, 23
AMOUNT
$8.76
R2305K134476-07

U.S. DISTRICT COURT CLERK'S OFFICE
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601

