# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Certified Mail Fee | |
|---|---|
| $ | 4.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)      $ 3.25
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required       $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$ 2.14

**Total Postage and Fees**
$ 9.41

Postmark — WAPITI WY 82450 — JAN 19 2023 — USPS

Sent To: DIRECTOR OF BATFE
Street and Apt. No., or PO Box No.: 99 NEW YORK AVE NE
City, State, ZIP+4®: WASHINGTON, DC 20226

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions