Nicholas Vassallo
United States Attorney
Jeremy A. Gross (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Jake Stanley De Wilde, Individually and as Trustee of the DEWILDE ARMS TRUST,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>　　Defendants. | Civil No. 1:23-cv-00003-SWS |

## ENTRY OF APPEARANCE – JEREMY A. GROSS

　　Undersigned counsel, Assistant United States Attorney Jeremy A. Gross, hereby enters his appearance as an attorney in this case for Merrick Garland, in his official capacity as the Attorney General of the United States of America, and Steven Dettelbach, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

Dated this 8th day of March 2023.

                                      Respectfully Submitted,

                                      NICHOLAS VASSALLO
                                      United States Attorney

By: _____
                                      JEREMY A. GROSS
                                      Assistant United States Attorney