NICHOLAS VASSALLO
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2124
jeremy.gross@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Jake Stanley De Wilde, Individually and as Trustee of the DEWILDE ARMS TRUST, <br><br> Plaintiff, <br><br> v. <br><br> Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, <br><br> Defendants. | Civil No. 1:23-cv-00003-SWS |

### MOTION FOR *PRO HAC VICE* ADMISSION OF JEREMY S.B. NEWMAN AS COUNSEL FOR THE UNITED STATES

The undersigned attorney, Jeremy A. Gross, an Assistant United States Attorney for the District of Wyoming, hereby moves this Court, pursuant to Local Rule 84.2(b) and (d), for an Order admitting Jeremy S.B. Newman (Trial Attorney, U.S. Department of Justice, Civil Division, Federal Programs Branch) to appear and participate as attorney for the United States in the above-captioned action.

In support of this motion, counsel submits the attached copy of the declaration of Jeremy S.B. Newman, executed on March 8, 2023, which reflects that he is admitted to practice before the highest courts in Massachusetts and the District of Columbia.

The contact information for Jeremy S.B. Newman is as follows:

**JEREMY S. NEWMAN**
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 532-3114
email: jeremy.s.newman@usdoj.gov

The undersigned Assistant United States Attorney is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court and, to the best of his knowledge and belief, vouches for Jeremy S.B. Newman's good moral character and veracity. The undersigned further acknowledges the requirement that local counsel be prepared to represent the client at any time, in any capacity.

WHEREFORE, the undersigned respectfully requests that this Motion for admission *Pro Hac Vice* be granted.

Dated this 8th day of March 2023.

                                Respectfully submitted,

                                NICHOLAS VASSALLO
                                United States Attorney

By: _____
                                JEREMY A. GROSS
                                Assistant United States Attorney