NICHOLAS VASSALLO
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Tel: 307-772-2124
jeremy.gross@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| Jake Stanley De Wilde, Individually and as Trustee of the DEWILDE ARMS TRUST, | ) ) ) | No. 1:23-cv-00003-SWS |
| Plaintiff, | ) ) ) ) | DECLARATION OF JEREMY S.B. NEWMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| v. | ) ) | |
| Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) ) ) ) | |
| Defendants. | ) | |

Comes now, Jeremy S.B. Newman, and declares as follows:

1. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch.  My mailing address is 1100 L Street, NW, Washington, DC 20005.  My telephone number is (202) 532-3114.  My facsimile number is (202) 616-8470.  My email address is jeremy.s.newman@usdoj.gov.

2. I have been admitted to practice in the Commonwealth of Massachusetts since November 2013 and in the District of Columbia since December 2014.  I have also appeared before numerous federal district courts on behalf of the United States.  I am not admitted to practice in the State of Wyoming or in this Court.

2

3. I am in good standing in all jurisdictions where I have been admitted or appeared, and no disciplinary or grievance proceedings or public sanctions have been filed or are pending against me.

4. I will comply with and be bound by the Local Rules for the District of Wyoming. I submit to and am subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

5. I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of March 2023.

/s/ Jeremy S.B. Newman
Jeremy S.B. Newman
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 532-3114
email: jeremy.s.newman@usdoj.gov

*Attorney for Defendants*