# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Jake Stanley De Wilde, Individually and as Trustee of the DEWILDE ARMS TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>  Defendants. | CIVIL ACTION NO. 23-CV-03-SWS |

## ORDER GRANTING MOTION FOR ADMITTANCE *PRO HAC VICE*
### *(Jeremy S.B. Newman)*

THIS MATTER having come before the Court on the United States' Motion for Admission of Jeremy S.B. Newman *Pro Hac Vice*,

IT IS HEREBY ORDERED that Jeremy S.B. Newman be admitted *pro hac vice* as non-resident counsel of record for the United States of America on behalf of the Attorney General of the United States and the Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

DATED this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE