

FILED
4:14 pm, 3/8/23
Margaret Botkins
Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **Jake Stanley De Wilde, Individually and as Trustee of the DEWILDE ARMS TRUST,** | ) ) ) |
| **Plaintiff,** | ) ) Civil Action No. 23-CV-00003-SWS |
| **v.** | ) |
| **Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,** | ) ) ) ) |
| **Defendants.** | ) |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF JEREMY S.B. NEWMAN FOR THE DEFENDANTS, UNITED STATES ATTORNEY GENERAL & BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES DIRECTOR

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendants United States Attorney General & Bureau of Alcohol Tobacco Firearms and Explosives Director pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Jeremy S.B. Newman Pro Hac Vice counsel in the District of Wyoming.  The Court reviewed this matter and finds that the motion should be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Jeremy S.B. Newman is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 8th day of March, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE