# United States District Court
for the

District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 MAR 15 AM 9:40
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| Jake Stanley DeWilde, Individually and as Trustee of the DEWILDE ARMS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>Attorney General Of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>Defendants. | Case No. 1:23-cv-00003-SWS |

## MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff respectfully moves this Court for entry of an order pursuant to Fed. R. Civ. P. 15(a) granting Plaintiff leave to file an amended complaint, and states the following:

1. Plaintiffs proposed amended complaint is attached to this motion.
2. Local rule 15.1 states that "pro se litigants are excluded from the redlined version and conferral requirements."

3. Plaintiff identifies two changes in the attached proposed amended complaint from the original, ECF No. 1:

    a. Plaintiff withdraws his representation of the DeWilde Arms Trust as Trustee.

    b. Plaintiff withdraws his Article I Claim.

DATED this 14th day of March, 2023.

Respectfully Submitted,

*/s/ Jake S. DeWilde*

Jake S. DeWilde
PO Box 267
Wapiti, WY 82450
(307) 587-4524
