

FILED
9:52 am, 3/17/23
U.S. Magistrate Judge

## United States District Court
### For The District of Wyoming

| | |
|---|---|
| Jake Stanley DeWilde, Individually and as Trustee of the DEWILDE ARMS TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>Defendants. | Civil No. 23-CV-03-S |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [11]**

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint [Doc. 11]. The Court, having carefully considered the Motion, Response, and being otherwise fully advised, FINDS: Plaintiff's unopposed request to file an amended complaint is not unduly delayed, was not made in bad faith or with ulterior motive, and will not cause undue prejudice.

Plaintiff seeks to amend his Complaint to withdraw his representation of the DeWilde Arms Trust as Trustee and withdraw his Article I claim. Defendants do not oppose Plaintiff's request to amend but reserve all rights with respect to the proposed amended complaint.

Therefore, Plaintiff's request to file an amended complaint is granted. Plaintiff may file the amended complaint within five working days of this Order.

NOW, THEREFORE, IT IS ORDERED Plaintiff's Motion to Amend Complaint [Doc. 10] is GRANTED.

IT IS FURTHER ORDERED Plaintiff may file an Amended Complaint on or before March 24, 2023.

Dated this 17th day of March, 2023.

_____
Kelly H. Rankin
U.S. Magistrate Judge