JAKE DeWILDE *
PO BOX 267
WAPITI, WY 82450





7020 3160 0000 2693 1789

U.S. DISTRICT COURT CLERK'S OFFICE
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601