NICHOLAS VASSALLO
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

JEREMY S.B. NEWMAN (*PRO HAC VICE*)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone: (202) 532-3114
jeremy.s.newman@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| Jake Stanley De Wilde, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00003-SWS |
| | ) | |
| Attorney General of the United States; | ) | |
| Director of the Bureau of Alcohol, | ) | |
| Tobacco, Firearms, and Explosives, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Merrick Garland, in his official capacity as the Attorney General of the United

States of America, and Steven Dettelbach, in his official capacity as Director of the Bureau of

Alcohol, Tobacco, Firearms, and Explosives, through undersigned counsel, hereby move to dismiss the Amended Complaint for Declaratory and Injunctive Relief (Doc. 15), for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).   The accompanying Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint further states the grounds for this Motion.

Dated this 3rd day of April, 2023.

Respectfully Submitted,

NICHOLAS VASSALLO
United States Attorney

By:   */s/ Jeremy A. Gross*
      JEREMY A. GROSS
      Assistant United States Attorney

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      LESLEY FARBY
      Assistant Branch Director

      */s/ Jeremy S.B. Newman*
      JEREMY S.B. NEWMAN (*Pro Hac Vice*)
      Trial Attorney
      Civil Division, Federal Programs Branch
      U.S. Department of Justice
      1100 L St. NW
      Washington, DC 20005
      Phone: (202) 532-3114
      Email: jeremy.s.newman@usdoj.gov