United States District Court

for the

District of Wyoming

| | | |
|---|---|---|
| Jake Stanley DeWilde | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00003-SWS |
| | ) | |
| Attorney General Of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Plaintiff respectfully moves this Court for entry of an order pursuant to Local Rule 7.1(b)(2)(b) granting Plaintiff leave to file a brief in excess of the twenty-five-page limitation, and states the following:

1. Plaintiff is requesting leave to file a brief not to exceed thirty pages, not including the Table of Contents and Table of Authorities, in opposition to Defendants' Motion to Dismiss the Amended Complaint. (ECF No. 16).

1

2. Plaintiff is requesting an enlarged page-limit in order to provide a complete and succinct response to the Defendants' Motion to Dismiss the Amended Complaint (ECF No. 16), which involves complex legal issues being briefed.

3. The instant case requires extensive analysis of *United States v. Miller*, 307 U.S. 174 (1939), *District of Columbia v. Heller*, 554 U.S. 570 (2008), *Caetano v. Massachusetts*, 577 U.S. 411 (2016) (per curiam), and *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. ___ (2022).

4. The instant case requires extensive analysis of the plain text of the Second Amendment, "as informed by history." *Bruen*, slip op. at 10.

5. Defendants identify six Courts of Appeals decisions upholding the provision challenged in the instant case that requires thorough analysis.

6. Defendants also identify four post-*Bruen* district court holdings that require thorough analysis.

7. Additional post-*Bruen* district court holdings implicating Second Amendment conduct requires thorough analysis to support the instant case.

8. Defendants have indicated to the Plaintiff that they would not oppose the Court granting Plaintiffs' motion, provided that the Court also enlarges Defendants' page limit for Defendants' reply brief by 5 pages to a limit of 15 pages, which Plaintiff is not opposed to.

9. Attached is a proposed order for this motion.

DATED this 3rd day of April, 2023.        Respectfully Submitted,

_____

Jake S. DeWilde

PO Box 267

Wapiti, WY 82450

(307) 587-4524