# United States District Court

for the

District of Wyoming

| | | |
|---|---|---|
| Jake Stanley DeWilde | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00003-SWS |
| | ) | |
| Attorney General Of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File Brief in Excess of Page Limit. The Court, having carefully considered the Motion, and being otherwise fully advised, FINDS: Plaintiffs' Unopposed Motion for Leave to File Brief in Excess of Page Limit is well-founded as the Plaintiff's opposition brief involves complex legal issues warranting an extension of the page limitation. Plaintiff is not opposed to the Defendants' reply brief page-limit being enlarged from 10 pages to 15 pages.

1

NOW, THEREFORE, IT IS ORDERED Plaintiffs' Unopposed Motion for Leave to File Brief in Excess of Page Limit is GRANTED.

IT IS FURTHER ORDERED Plaintiff may file a brief in opposition to Defendants' Motion to Dismiss the Amended Complaint (ECF No. 16) not to exceed thirty pages, not including the Table of Contents and Table of Authorities.

DATED this _____ day of April, 2023.

_____
U.S. Magistrate Judge