JAKE DEWILDE
PO BOX 267
WAPITI, WY 82450



CERTIFIED MAIL

7020 3160 0000 2693 1925



FIRST-CLASS

US POSTAGE (IM) PITNEY BOW

ZIP 82450    $ 009.0(
02 7H
0001348725    APR 03 2(

U.S. DISTRICT COURT CLERK'S OFFICE
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601