IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 APR -7 PM 3: 49

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| Jake Stanley DeWilde, | |
| Plaintiff, | |
| vs. | Case No. 1:23-CV-00003-SWS |
| Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT (ECF No. 18)**

This matter comes before the Court on Plaintiff, Jake Stanley DeWilde's, *Motion for Leave to File Brief in Excess of Page Limit* (ECF No. 18) in response to Defendants' Motion to Dismiss (ECF No. 16). Plaintiff requests to file a brief not to exceed thirty pages, not including the Table of Contents and Table of Authorities, and that is therefore more than the page limitation set forth in U.S.D.C.L.R. 7.1(b)(2)(B). (ECF No. 18 at 1.) Plaintiff's Motion states that "Defendants have indicated to the Plaintiff that they would not oppose the Court granting Plaintiffs' motion, provided that the Court also enlarges Defendants' page limit for Defendants' reply brief by 5 pages to a limit of 15 pages, which Plaintiff is not opposed to." (*Id.* at 2.) The Court is fully advised in the premises and after due consideration, finds good cause exists to grant Plaintiff's Motion.

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Leave to File Brief in Excess of Page Limit* (ECF No. 18) is GRANTED, to the extent Plaintiff may file a brief no more than thirty (30) pages, not including any Table of Contents or Table of Authorities, and Defendants may file a reply brief no more than fifteen (15) pages.

Dated this 7th day of April, 2023.

BY THE COURT:

Scott W. Skavdahl
Chief United States District Judge