

JAKE DEWIDE
PO BOX 267
WAPITI, WY 82450

U.S. DISTRICT COURT CLERKS OFFICE
111 S. WOLCOTT, ROOM 121
CASPER, WY 82601

CERTIFIED MAIL
7020 3160 0000 2693 1932

RDC 05
82601