NICHOLAS VASSALLO
United States Attorney
JEREMY A. GROSS (WY Bar #7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

JEREMY S.B. NEWMAN (*PRO HAC VICE*)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone: (202) 532-3114
jeremy.s.newman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Jake Stanley De Wilde, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00003-SWS |
| Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT
COMBINED BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Merrick Garland, in his official capacity as the Attorney General of the United

States of America, and Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (collectively, "Defendants"), through undersigned counsel, hereby move for leave to submit a combined Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Summary Judgment, on or before April 25, 2023.

On April 3, 2023, Defendants filed their Motion to Dismiss the Amended Complaint (Doc. 16). On April 11, 2023, Plaintiff filed his Motion for Summary Judgment (Doc. 20) and a combined Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support of Plaintiff's Motion for Summary Judgment (Doc. 21). Pursuant to the Local Civil Rules, Defendants' Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint is due April 18, 2023, and Defendants' Opposition to Plaintiff's Motion for Summary Judgment is due April 25, 2023. *See* U.S.D.C.L.R. 7.1(b)(2)(A), (C).

For purposes of efficiency and judicial economy, Defendants seek leave to submit a combined Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Summary Judgment, on or before April 25, 2023, the current deadline for Defendants' Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff has informed Defendants' counsel that Plaintiff is not opposed to the relief sought in this motion. This is the first time Defendants have sought alteration or extension of any deadline in this case. Defendants file this motion in good faith, and the relief sought will not unduly delay resolution of this case. Nor will it prejudice any party, as shown by the fact that Plaintiff does not oppose this motion. For the foregoing reasons, Defendants respectfully request that the Court grant this motion.

Dated this 13th day of April, 2023.

        Respectfully Submitted,

        NICHOLAS VASSALLO
        United States Attorney

By:  */s/ Jeremy A. Gross*
      JEREMY A. GROSS
      Assistant United States Attorney

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      LESLEY FARBY
      Assistant Branch Director

      */s/ Jeremy S.B. Newman*
      JEREMY S.B. NEWMAN (*Pro Hac Vice*)
      Trial Attorney
      Civil Division, Federal Programs Branch
      U.S. Department of Justice
      1100 L St. NW
      Washington, DC 20005
      Phone: (202) 532-3114
      Email: jeremy.s.newman@usdoj.gov