**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| Jake Stanley De Wilde,<br><br>    Plaintiff,<br><br>v.<br><br>Attorney General of the United States;<br>Director of the Bureau of Alcohol,<br>Tobacco, Firearms, and Explosives,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:23-cv-00003-SWS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT COMBINED BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 22)**

On April 13, 2023, Defendants Merrick Garland, in his official capacity as the Attorney General of the United States of America, and Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (collectively, "Defendants"), through undersigned counsel, filed a Motion for Leave to Submit Combined Briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment (ECF No. 22).

On April 3, 2023, Defendants filed their Motion to Dismiss the Amended Complaint (ECF No. 16).  On April 11, 2023, Plaintiff filed his Motion for Summary Judgment (ECF No. 20) and a combined Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint, and Brief in Support of Plaintiff's Motion for Summary Judgment (ECF No. 21).  Pursuant to the Local Civil Rules, Defendants' Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint is due April 18, 2023, and Defendants' Opposition to Plaintiff's Motion for Summary Judgment is due April 25, 2023.  *See* U.S.D.C.L.R. 7.1(b)(2)(A), (C).

Defendants seek leave to submit a combined Reply Brief in Support of Defendants' Motion

to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Summary Judgment, on or before April 25, 2023, the current deadline for Defendants' Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff is not opposed to this relief. The Court is fully advised in the premises and after due consideration, finds good cause exists to grant Defendants' Motion.

**IT IS HEREBY ORDERED that Defendants' Motion for Leave to Submit Combined Briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment (ECF No. 22) is GRANTED, and Defendants may file a combined Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Summary Judgment, on or before April 25, 2023.**

Dated this _____ day of April, 2023.

BY THE COURT:

_____
Scott W. Skavdahl
Chief United States District Judge