IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Jake Stanley DeWilde,<br><br>　　　　Plaintiff,<br>vs.<br><br>Attorney General of the United States;<br>Director of the Bureau of Alcohol, Tobacco,<br>Firearms, and Explosives,<br><br>　　　　Defendants. | Case No. 1:23-CV-00003-SWS |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT COMBINED BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 22)

This matter comes before the Court on Defendants', Merrick Garland, in his official capacity as the Attorney General of the United States of America, and Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (collectively, "Defendants"), *Motion for Leave to Submit Combined Briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment* (ECF No. 22).

On April 3, 2023, Defendants filed their Motion to Dismiss the Amended Complaint (ECF No. 16). On April 11, 2023, Plaintiff filed his Motion for Summary Judgment (ECF No. 20) and a combined Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint and Brief in Support of Plaintiff's Motion for Summary Judgment (ECF No. 21). Pursuant to the Local Civil Rules, Defendants' Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint is due April 18, 2023, and Defendants' Opposition to Plaintiff's Motion for Summary Judgment is due April 25, 2023. *See* U.S.D.C.L.R. 7.1(b)(2)(A), (C).

Defendants seek leave to submit a combined Reply Brief in Support of Defendants' Motion to Dismiss the Amended Complaint and Opposition to Plaintiff's Motion for Summary Judgment,

on or before April 25, 2023, the current deadline for Defendants' Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff is not opposed to this relief. The Court is fully advised in the premises and after due consideration, finds good cause exists to grant Defendants' Motion.

**IT IS HEREBY ORDERED** that Defendants' *Motion for Leave to Submit Combined Briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment* **(ECF No. 22) is GRANTED. IT IS FURTHER ORDERED that Defendants' combined brief must be filed on or before April 25, 2023, and must separately address their legal arguments as to each pending motion respectively.**

Dated this 13th day of April, 2023.

BY THE COURT:

Scott W. Skavdahl
Chief United States District Judge