**Exhibit I**

Approved ATF Form 4 (5320.4)

REDACTED

OMB No. 1140-0014 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Paid Transfer and Registration of Firearm

| ATF Control Number | | |
|---|---|---|
| SUBMIT in DUPLICATE to: | [$200 stamp: 820101578] Division ...acco, Firearms and Explosives, P.O. Box 5015, Portland, OR 97208-5015 | |

**1. Type of Transfer** (Check one)
☐ $5   ☑ $200

Submit the appropriate tax pay[ment]. The tax may be paid by credit or [money] order. Please complete ite[ms on] the application. we will affix [the] National Firearms Act stamp. (S[ee])

**2a. Transferee's Full Legal Name and Address** (Include trade name, if any) (See instruction 2d)
DEWILDE ARMS TRUST
[redacted]

☐ Corporation   ☐ Other Legal Entity
☐ Individual    ☑ Trust

**2b. County/Parish**
[redacted]

**3a. Transferor's Full Legal Name and Address** (Include trade name, if any) (Executors: see instruction 2l)
[redacted]

**3b. E-mail address** [redacted]

**3c. Transferor's Telephone** (Area Code and Number) [redacted]

**3d. If Applicable: Decedent's Name, Address, and Date of Death**

**3e. Number, Street, City, State and Zip Code of Residence** (or Firearms Business Premises) If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through h) (See instruction 2n)

| a. Name and Address of Maker Manufacturer and/or Importer of Firearm | b. Type of Firearm (see definitions 1c) | c. Caliber or Gauge | d. Model: S-701 |
|---|---|---|---|
| HATTON INDUSTRIES, INC INDIAN MILLS, NJ | MACHINEGUN | .45 ACP | e. Barrel Length: 6.25"   f. Overall Length: 11"   g. Serial Number: 820101578 |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**5. Transferee's Federal Firearms License** (if any) or Explosives License or Permit Number (Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**6. Transferee's Special (Occupational) Tax Status** (If any)

| a. Employer Identification Number | b. Class |
|---|---|
| | |

**7. Transferor's Federal Firearms License** (If any)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**8. Transferor's Special (Occupational) Tax Status** (If any)

| a. Employer Identification Number | b. Class |
|---|---|
| | |

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code; Chap 53; or any provisions of State or local law.

| 9. Signature of Transferor (Or authorized official) | 10. Name and Title of Authorized Official (Print or type) | 11. Date |
|---|---|---|
| [redacted signature] | [redacted] TRUSTEE | 2019-11-21 |

**The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm. When Applicable, to the Transferee are:

Stamp Denomination: $200.00

☑ Approved (With the following conditions, if any)
☐ Disapproved (For the following reasons)

| Signature of Authorized ATF Official | Date |
|---|---|
| [signature] | [date] |