US POSTAGE (AND) PITNEY BOWES

$ 032.40⁰

ZIP 82450
02 7H
0001348725

APR 27 2023

PRIORITY MAIL
EXPRESS

PRIORITY MAIL EXPRESS
GUARANTEED ★★★
TRACKED ★★★
INSURED ★★★
UNITED STATES POSTAL SERVICE®
For Domestic Use Only
Label 127R, July 2013

DEWILDE
BOX 267
tt, WY 82450

U.S. DISTRICT COURT CLERK'S OFFICE

111 S. WOLCOTT, ROOM 121

CASPER, WY 82601