FILED



4:21 pm, 7/17/23

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAKE STANLEY DeWILDE,<br><br>　　　　　　　　　　　　Plaintiff<br><br>vs<br><br>ATTORNEY GENERAL OF THE UNITED STATES; DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>　　　　　　　　　　　　Defendants | Case Number: 22-CV-03-SWS |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Granting Defendants' Motion to Dismiss the Amended Complaint (Doc. 26), entered July 17, 2023, which is fully incorporated by this reference,

　　　IT IS HEREBY ORDERED that final judgment is entered in Defendants' favor in accordance with that order and this action is DISMISSED.

　　Dated this 17th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　Margaret Botkins
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　By Kim Blonigen
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk