# United States District Court

for the

District of Wyoming

| | | |
|---|---|---|
| Jake Stanley DeWilde | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00003-SWS |
| | ) | |
| Attorney General of the United States; Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is given that Plaintiff hereby appeals to the United States Court of Appeals for the Tenth Circuit this Court's Order and Judgment entered on July 17, 2023 (ECF Nos. 26 & 27).

DATED this 27th day of July, 2023.                    Respectfully Submitted,

                                                                                    *(signature)*

                                                                                    Jake S. DeWilde
                                                                                    PO Box 267
                                                                                    Wapiti, WY 82450
                                                                                    (307) 587-4524

1