

Jake DeWilde
PO Box 267
Wapiti, WY 82450

U.S. District Court Clerk's Office
111 S. Wolcott, Room 121
Casper, WY 82601

CERTIFIED MAIL
7020 3160 0000 2693 1895

RETURN RECEIPT REQUESTED