## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within fourteen days of filing the notice of appeal

Short Title: **DeWilde v. U.S. Attorney General**  District: **WYOMING**
District Court Number: **1:23-cv-00003-SWS**  Circuit Court Number: _____
Name of Attorney: _____  Attorney E-Mail: _____
  Name of Law Firm: _____
  Address of Firm: _____
  Telephone of Firm: _____  Attorneys for: _____
Name of Court Reporter: _____  Telephone of Reporter: _____

*FILED U.S. DISTRICT COURT DISTRICT OF WYOMING  JUL 28 2023  Margaret Botkins, Clerk  Cheyenne*

### PART II - COMPLETE SECTION A OR SECTION B
SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
  ✓ A transcript is not necessary for this appeal, or
  ___ The necessary transcript is already on file in District Court
  ___ The necessary transcript was ordered previously in appeal number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____  Opening Statements: _____
Trial proceedings: _____  Instruction Cnf: _____
Jury Instructions: _____  Closing Arguments: _____
Post Trial Motions: _____  Other Proceedings: _____
(Attach additional pages if necessary)

___ Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

___ This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s) or transcriber(s).

Signature of Attorney/Pro Se: *[signature] JAKE DeWILDE, PRO SE*  Date: **7/27/2023**

### PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____  Date: _____

**TRANSCRIPT ORDER FORM**

A-8 Revised 8/01  Transcript Order Form