

**FILED**
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

August 1, 2023

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:    DeWilde vs. United States Attorney General et al
            District Court Case Number:  23-cv-00003-SWS
            Notice of Appeal Filed:          7/28/2023
            $500 Fee was paid; $5 fee was paid.
                      Receipt Number: CAS 1-252

Dear Mr. Wolpert:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries.
- Copy of Notice of Appeal.
- Copy of the District Court's final judgment or order(s) from which the appeal is taken, as follows:

    [26] ORDER by the Honorable Scott W Skavdahl granting 16 Motion to Dismiss Amended Complaint; denying as moot 20 Motion for Summary Judgment. It is hereby ORDERED Plaintiff's Amended Complaint (ECF No. 15) is DISMISSED for lack of jurisdiction, Defendants' Motion to Dismiss the Amended Complaint (ECF No. 16 ) is HEREBY GRANTED. It is further ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 20) is DENIED AS MOOT & [27] JUDGMENT in favor of Defendants against Plaintiff by the Honorable Scott W Skavdahl.

If any thing further is required, please let me know.

                                                     Sincerely,

                                                     Margaret Botkins
    Attachment(s)                                Clerk of Court

                                            By:_____
                                                       Tiffany Dyer

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ♦ Casper, WY 82601
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014

www.wyd.uscourts.gov